IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EYVIND BONNER,

        Petitioner,

v.

LEWIS C. LEE,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2726

Opinion filed November 13, 2014.

Petition for Writ of Certiorari.

Christopher R. Johnson of Christopher R. Johnson, PLLC, Pensacola, for Petitioner.

Lewis Lee, pro se, Respondent.

PER CURIAM.

        DENIED on the merits.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.